UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXAR MASTER FUND, LTD. and MAN GLG SELECT OPPORTUNITIES MASTER LP,<br><br>Plaintiffs,<br><br>v.<br><br>BRYAN K. BEDFORD, JOSEPH P. ALLMAN, NEAL S. COHEN, ROBERT L. COLIN, DANIEL P. GARTON, and MARK L. PLAUMANN,<br><br>Defendants. | 17 Civ. 00426 (LAK)<br><br>ECF CASE |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Axar Master Fund, Ltd. ("Axar") and Man GLG Select Opportunities Master LP ("Man GLG") (collectively, "Plaintiffs") appeal to the United States Court of Appeals for the Second Circuit from the Opinion & Order, dated March 29, 2018 and entered on March 30, 2018 (ECF Nos. 35, 36) granting Defendants Bryan K. Bedford, Joseph P. Allman, Neal S. Cohen, Robert L. Colin, Daniel P. Garton, and Mark L. Plaumann's Motion to Dismiss the Complaint; and the Opinion & Order, dated March 26, 2019 and entered on March 27, 2019 (ECF Nos. 45, 46) denying Plaintiffs' Motion to Amend or Alternatively Set Aside the Judgment Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) and for Leave to File an Amended Complaint Pursuant to Federal Rule of Civil Procedure 15(a), and forthwith closing the case.

Dated: April 24, 2019               Respectfully submitted,

                                                                            **KESSLER TOPAZ**
                                                                            **MELTZER & CHECK, LLP**

                                                                            */s/ Sharan Nirmul*

Sharan Nirmul
Geoffrey C. Jarvis
Nathan Hasiuk (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
gjarvis@ktmc.com
nhasiuk@ktmc.com

*Counsel for Plaintiffs Axar Master Fund, Ltd. and Man GLG Select Opportunities Master LP*